Ellen S. Rowe, Appellee, v. William Rice et al., Appellants.

Filed November 14, 1929. No. 26905.

*Mitchell & Gantz* and *T. F. Neighbors,* for appellants.

*R. O. Canaday, contra.*

Heard before Goss, C. J., Dean, Good and Eberly, JJ.. and Rhoades, Spear and Tewell, District Judges.

Per Curiam.

This is an action in ejectment begun in the district court for Morrill county. The jury returned a verdict in favor of plaintiff, and from a judgment entered thereon, defendants have appealed.

We have carefully considered the record and briefs filed herein and find that the record is without prejudicial error. The judgment of the district court is therefore

Affirmed.